IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:19-cr-73 (TES) |
| FREDDIE SLAUGHTER, JR., : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER REVOKING RELEASE

Defendant Freddie Slaughter, Jr., appeared on February 16, 2022, for a hearing on a Petition for Action on Conditions of Release, pursuant to 18 U.S.C. § 3148. Based on evidence proffered by the Government, there is clear and convincing evidence that Defendant violated the conditions of release as described in the petition.

The Court further finds that the Defendant is unlikely to abide by any conditions or combination of conditions of release.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 16th day of February, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge